| | | | |
|---|---|---|---|
| Com. v. Pace | 1880 WDA 2015<br>Affirmed | 06/03/2016 | CP–02–CR–0013214–1995<br>CP–02–CR–0013539–1995<br>GD 15–012141<br>(Allegheny) |
| Polett v. Public Communications Inc. | 1865 EDA 2011<br>Vacated and<br>Remanded | 06/06/2016 | August Term, 2008 No.<br>02637<br>(Philadelphia) |
| Com. v. Duong | 788 EDA 2014<br>Affirmed | 06/06/2016 | CP–51–CR–0014151–2012<br>MC–51–CR–0019063–2012<br>(Philadelphia |
| Com. v. Brown, J.[5] | 3014 EDA 2014<br>Affirmed | 06/06/2016 | CP–51–CR–0102174–2005<br>CP–51–CR–0609071–2006<br>(Philadelphia) |
| Com. v. Brown, R.[6] | 3046 EDA 2014<br>Affirmed | 06/06/2016 | CP–51–CR–0102173–2005<br>(Philadelphia) |
| Com. v. Bond[7] | 3054 EDA 2014<br>Affirmed | 06/06/2016 | CP–51–CR–0102171–2005<br>(Philadelphia) |
| Com. v. Morrow | 20 EDA 2015<br>Affirmed | 06/06/2016 | MC–51–CR–0007023–2014<br>(Philadelphia) |
| Com. v. Schmincke | 1950 EDA 2015<br>Affirmed | 06/06/2016 | CP–51–CR–0009698–2013<br>(Philadelphia) |
| Com. v. McGeth | 2322 EDA 2015<br>Affirmed | 06/06/2016 | CP–51–CR–0102841–1997<br>(Philadelphia) |
| Com. v. Fluellen | 2819 EDA 2015<br>Vacated and<br>Remanded | 06/06/2016 | CP–23–CR–0006373–2014<br>(Delaware) |
| In re Adoption of D.J.F. | 3605 EDA 2015<br>Affirmed,<br>Vacated and<br>Remanded | 06/06/2016 | No. AD–2015–0044<br>(Chester) |
| Com. v. Haskins | 1815 MDA 2014<br>Vacated and<br>Remanded | 06/06/2016 | CP–22–CR–0003755–2008<br>(Dauphin) |
| Com. v. Lavin | 912 MDA 2015<br>Vacated and<br>Remanded | 06/06/2016 | CP–21–CR–0000837–2014<br>(Cumberland) |
| Com. v. Lamey | 924 MDA 2015<br>Affirmed | 06/06/2016 | CP–14–CR–0000035–2013<br>(Centre) |

5. Petition for reargument denied August 02, 2016.
6. Petition for reargument denied August 02, 2016.
7. Petition for reargument denied August 02, 2016.